AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>DECRYPTIONTOOL01@GMAIL.COM and<br>REZA1372NAKHAEI@GMAIL.COM THAT ARE STORED AT PREMISES<br>CONTROLLED BY GOOGLE, INC., A BUSINESS WITH OFFICES<br>LOCATED AT 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA<br>94043 | ) ) ) ) ) ) Case No. 21-MJ- 89 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____Middle_____ District of _____Louisiana_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1030(a)(5)(A) | Intentional Damage to a Protected Computer |
| 18 U.S.C. § 1030(a)(5)(C) | |

The application is based on these facts:

See Attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's  signature*

Karen Ryndak, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means).*

Date: _____9/29/2021_____

_____
*Judge's signature*

City and state: _____Baton Rouge, Louisiana_____

Erin Wilder-Doomes, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE EMAIL ADDRESS DECRYPTIONTOOL01@GMAIL.COM and REZA1372NAKHAEI@GMAIL.COM THAT ARE STORED AT PREMISES CONTROLLED BY GOOGLE, INC., A BUSINESS WITH OFFICES LOCATED AT 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA 94043 | 21-MJ-89 <br><br> **UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Karen Ryndak, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for the Google Account associated with the email addresses decryptiontool01@gmail.com and reza1372nakhaie@gmail.com that are stored at premises owned, maintained, controlled, or operated by Google, Inc., a business with offices located at 1600 Amphitheatre Parkway, Mountain View, CA 94043 hereinafter referred to as "premises," and further described in Attachment A hereto. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google Inc. to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2.     I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since September 2017. I am currently assigned to the New Orleans Division, Baton Rouge Resident Agency ("RA") of the FBI where I conduct a variety of investigations in the area of cyber and violent crimes. Prior to this assignment, I was employed as a Staff Operations Specialist with the FBI for approximately three and a half years. I have a master's degrees in Psychology. I have received law enforcement training from the FBI Academy at Quantico, Virginia. A portion of my duties are dedicated to investigating cases involving cybercrime, including, but not limited to, computer intrusions and internet fraud. As part of my experience, I have participated in the execution of numerous warrants involving the search and seizure of electronic devices such as computers, digital cameras, cell-phones and/or "smart-phones," peripheral equipment and storage media related to these devices (e.g. external hard-drives, thumb-drives, MicroSD Cards, CD's and DVD's, etc.), as well as the data and information stored therein.

3.     The statements in this affidavit are based on information I have gained through investigation as well as my own experience, training, and background as a Special Agent, and information provided by other law enforcement agents who I believe to be reliable. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

4.     Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 1030(a)(5)(A) and 1030(a)(5)(C) (Intentional Damage to a Protected Computer) were committed by an unknown person(s). There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

2

## JURISDICTION

5.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## BACKGROUND CONCERNING GOOGLE

6.      Google Inc. is a technology company that provides numerous free online services to its users. These services include, email (Gmail), cloud storage (Google Drive and Google Photos), an office suite (Google Docs), voice communication (Google Voice, Google Talk, Google Hangout), text communication (Google Talk, Google Hangout), Mobile payment (Google Wallet), time management (Google Calendar), video sharing and social networking (Google+).

7.      A Google Account is a user account that provides access to Google services. A Google Account is required for the use of Gmail and other Google services. Google accounts are free and can be applied for on Google's website. An individual applying for a google account is asked to provide to provide a username and password which they will use to access their Google Account. The default format for a Google Account username is: username@gmail.com, however a user can opt to use a non-Google email address as their Google Account username. Google Account users may create a publicly accessible Google profile, to configure their presentation on Google products to other Google users. A Google profile can be linked to a user's profiles on various social-networking and image-hosting sites, as well as user blogs. Google Account users may provide Google with a recovery email address to allow them to reset their password if they have forgotten it, or if their account is hacked.

3

8.      Gmail is a free email service provided by Google. Gmail stores all of a user's email information remotely on Google's servers so that the information is available over any device with access to the Internet. Gmail addresses are in the format: username@gmail.com. A Google Account is required in order to use Gmail.

9.      Google Drive is a file storage and synchronization service created by Google. It allows users to store files, including video and images, in the cloud. It also allows users to share files. Files stored on Google drive can be accessed by any device connected to the service. A Google Account is required in order to use Google Drive.

10.     Google Photos is a photo and video sharing and storage service offered by Google. Its core features were previously embedded within Google+, the company's social network. Google Photos provides unlimited photo and video storage. When users back up their photos and video to Google Photos, they become accessible by any devices connected to the service. A Google Account is required in order to use Google Photos.

11.     Google Voice is a telephony service that provides call forwarding and voicemail services, voice and text messaging, as well as US and international call termination services for Google Account customers. A Google Account is required in order to use Google Voice.

12.     Google Wallet is a mobile payment system developed by Google that allows its users to store debit cards, credit cards, loyalty cards, and gift cards among other things, as well as redeeming sales promotions on their mobile phone. A Google Account is required in order to use Google Wallet.

13.     Google Talk is an instant messaging service that provides both text and voice communication. Google Talk conversation logs are saved to a "Chats" area in the user's Gmail account.

4

14.    Google Hangouts is a communication platform developed by Google which includes instant messaging, video chat, SMS and VOIP features. Some of the capabilities of Google Voice have been integrated into Google Hangouts. In current versions of the Android mobile operating system, Hangouts is the default application for text messaging. A Google Account is required in order to use Google Hangout.

15.    Google Calendar is a time-management web application and mobile app created by Google. As with a traditional calendar, users of Google Calendar can keep track of important events meetings and dates. Users are required to have a Google Account in order to use the app. A Google Account is required in order to use Google Calendar.

16.    According to agents assisting in this investigation with training and experience in child exploitation as well as Google's Privacy Policy, available online at https://www.google.com/policies/privacy/, I know that Google collects information from its Google Account users. This includes information volunteered by the users such as names, email addresses, telephone numbers and credit cards, as well as search histories. Google collects data the user stores with Google through the uses of Google services, this data can include, but it not limited to emails, voicemails, call logs, documents, videos, photos, contact lists, calendar information, and profile information. Google also collects device-specific from the devices a user uses to access Google services, this information includes but is not limited to hardware models, operating system versions, unique device identifiers, and mobile network information including phone numbers. When a user uses Google services, Google automatically collects information in server logs this information includes, but is not limited to web requests, Internet Protocol address, browser type, browser language, the date and time of the use of service, and one or more cookies that may uniquely identify the user's browser. Additionally Google collects telephony

5

log information including, but not limited to the user's phone number, the calling-party number, forwarding numbers, time and date of calls, duration of calls, SMS routing information and types of calls. Google also collects and process information about service user's actual location, this information may include, but is not limited to, IP address, GPS coordinates, on nearby devices, Wi-Fi access points and cell towers.

17.      In some cases, Google Account users will communicate directly with Google about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users.  Online storage providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

<u>**BACKGROUND CONCERNING RANSOMWARE**</u>

18.      Ransomware is a type of malicious software that denies or limits users from interacting with their files, applications or systems, either by locking the system's screen or by encrypting the users' files unless a ransom is paid. A ransom is paid on using certain virtual currencies in order to restore access with a decryption key. The decryption key allows the users to regain access to their files, applications or systems that are locked. If a ransom is not paid, the files, applications or systems remains locked or may be deleted.

19.      Ransomware is a common method of cyber extortion used for financial gain. Ransom prices vary depending on the ransomware variant and the price or exchange rates of digital currencies. Ransomware operators commonly specify ransom payments in the form of anonymous currency such as Bitcoins.

**PROBABLE CAUSE**

20.     On or about July 14, 2021, members of the Louisiana Cyber Investigators Alliance (LCIA), consisting of FBI, United States Secret Service (USSS), and Louisiana State Police (LSP), responded to a ransomware attack that targeted a company (VICTIM) located in Denham Springs, Louisiana. The VICTIM was located within the Middle District of Louisiana and the VICTIM network was comprised of protected computers (i.e. computers that affect interstate or foreign commerce or communications, as defined by 18 U.S.C. § 1030(e)(2)(B)). Analysis of digital evidence revealed the threat actor(s) compromised a VICTIM administrator account and then connected to servers containing client data.

21.     A file containing a ransom note was located on the VICTIM network and read as follows:

++++++++++++++++++++++++++++++++ Hack For Mandatory Security
++++++++++++++++++++++++++++++++
All Your Files Has Been Locked!
If you think you can decrypt the files we would be happy :)
But all your files are protected by strong encryption with AES RSA 256 using military-grade encryption algorithm
Video Decrypt: Due to the deletion of video on video sharing sites
You can download and watch the video from the link below:

++++++++
https://drive.google.com/file/d/1QAhLOX-sQuyjk31LPPpseRlhaLKEZ_t7/view
++++++++
What does this mean ?
This means that the structure and data within your files have been irrevocably changed,
you will not be able to work with them, read them or see them,
it is the same thing as losing them forever, but with our help, you can restore them.
You Can Send some Files that not Contains Valuable Data To make Sure That Your Files Can be Back with our Tool
Your unique Id : YBKDCXINNYTOSLTB
Contact: decryptiontoo101@gmail.com or https://t.me/decryption01
What are the guarantees that I can decrypt my files after paying the ransom?

7

Your main guarantee is the ability to decrypt test files.
This means that we can decrypt all your files after paying the ransom.
We have no reason to deceive you after receiving the ransom, since we are not
barbarians and moreover it will harm our business.
You Have 2days to Decide to Pay
after 2 Days Decryption Price will Be Double
And after 1 week it will be triple Try to Contact late and You will know
Therefore, we recommend that you make payment within a few hours.
Do not rename encrypted files.
Do not try to decrypt your data using third party software, it may cause permanent
data loss.
Again, we emphasize that no one can decrypt files, so don't be a victim of fraud.
It's just a business
Warning : If you email us late You may miss the Decrypt program Because our emails
are blocked quickly So it is better as soon as they read email Email us ;)
You can buy bitcoins from the following sites
https://crypto.com
https://www.binance.com
https://www.coinbase.com/
https://localbitcoins.com/buy_bitcoins
https://www.coindesk.com/information/how-can-i-buy-bitcoins
++++++++++++++++++++++++++++++++ Hack For Mandatory Security
++++++++++++++++++++++++++++++++

22.     The owner of the VICTIM company engaged the threat actor(s) utilizing the email
address decryptiontoo101@gmail.com, as well as through Telegram. As a result of the
communications, on or about July 12, 2021, a ransom of approximately 0.1221 Bitcoin was paid
to the threat actor(s). The payment was made to the Bitcoin wallet provided in the
communications.

23.     A block chain analysis was conducted based on the bitcoin wallet provided for the
ransom payment. The analysis showed approximately 0.1221 Bitcoin (approximately $4,000.00
USD) was transferred into the ransom account on July 12, 2021. Approximately 23 minutes later,
the same amount of Bitcoin was transferred out of the ransom account to an account at the
Binance Virtual Currency Exchange.

24.     On or about July 22, 2021, your affiant served a preservation letter to Google for the account of decryptiontool01@gmail.com.

25.     On or about August 11, 2021, the Binance Virtual Currency Exchange responded to a request for records for information related to the Binance account in receipt of the previously mentioned Bitcoin.  The records revealed email account reza1372nakhaei@gmail.com was associated with the Binance account.

26.     On or about this same day, your affiant served a preservation letter to Google for the account of reza1372nakhaei@gmail.com.

27.     On or about August 23, 2021, the Internet Crime Complaint Center (IC3) received a complaint regarding a ransomware attack targeting a company based in Plano, Texas.  The attack occurred on July 25, 2021 and the network consisted of protected computers (i.e. computers that affect interstate or foreign commerce or communications, as defined by 18 U.S.C. § 1030(e)(2)(B)). The complaint listed a ransom note, which included email address decryptiontoo101@gmail.com.

28.     On or about August 26, 2021, Google responded to a request for subscriber information related to accounts decryptiontool01@gmail.com and reza1372nakhaei@gmail.com. Records revealed the name "Decryption Tool" to be associated with account decryptiontool01@gmail.com. The creation date for the account was July 10, 2021. In addition, the name "Reza Nakhaei" to be associated with account reza1372nakhaei@gmail.com. The creation date for the account was May 7, 2021.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

29.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant

to require Google Inc.,  to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

30.     Based on the above factual information, I respectfully submit this Affidavit in support of probable cause for a Warrant to search the location described in Attachment A and seize the items described in Attachment B which are evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§1030(a)(5)(A) and 1030(a)(5)(C).

31.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING

32.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from

prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

Karen Ryndak
Special Agent
Federal Bureau of Investigation


Affidavit submitted by email/pdf and attested to me as true and accurate by telephone/video conference consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on the __29th__ day of __September__ 2021.

ERIN WILDER-DOOMES, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

11

## **<u>ATTACHMENT A</u>**

### **Property to Be Searched**

This warrant applies to information associated with the Google Accounts associated with the email addresses decryptiontool01@gmail.com and reza1372nakhaei@gmail.com that are stored at premises owned, maintained, controlled, or operated by Google, Inc., a business with offices located at 1600 Amphitheatre Parkway, Mountain View, CA  94043.

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be disclosed by Google Inc.**

To the extent that the information described in Attachment A for the TARGET

ACCOUNTS is within the possession, custody, or control of Google Inc., including any

messages, records, files, logs, or information that have been deleted but are still available to

Google Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f),

Google Inc., is required to disclose the following information to the government for each account

or identifier listed in Attachment A from inception to the present:

a.   All records, files, and other information (including data and the content of

electronic communications or contained in "draft" or "trash" Gmail folders) for the Google

Services of Account Activity, Gmail, Google Docs, Google Drive, and Google Talk, associated

with the account username;

b.   The contents of all text messages, voicemails, recorded calls, emails, and chat

messages associated with the account, including stored or preserved copies of chat logs, emails

sent to and from the account, draft communications, the source and destination addresses

associated with each communication, the date and time at which each communication was sent,

and the size and length of each communication;

c.   All records and other information regarding the identification of the account, to

include full name, physical address, telephone numbers and other identifiers, records of session

times and duration, the date on which the account was created, the length of service, the IP

address used to register the account, login IP addresses associated with session times and dates,

account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

      d.  All device information associated with the account;

      e.  All location history associated with the account;

      f.  All search and browsing history associated with the account;

      g.  All Google Bookmarks;

      h.  All voice and audio activity associated with the account;

      i.  Any account trustees or managers associated with the account;

      j.  The types of service utilized;

      k.  All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

      l.  All records pertaining to communications between Google, Inc. and any person regarding the account, including contacts with support services and records of actions taken;

      m.  For all Google accounts that are linked to any of the accounts listed in Attachment A by cookies, creation IP addresses, recovery email address, or telephone number provide:

            1.    Names (including subscriber names, usernames, and screen names);

            2.    Addresses (including mailing addresses, residential addresses, business addresses, and email addresses);

            3.    Local and long distance telephone connection records;

            4.    Records of session times and duration and IP history log;

            5.    Length of service (including start date) and types of service utilized;

            6.    Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers (ESN), Mobile Equipment Identifier

2

(MEID), Mobile Identification Number (MIN), Subscriber Identity
Modules (SIM), International Mobile Subscriber Identifiers (IMSI) or
International Mobile Station Equipment Identities (IMEI);

7.    Other subscriber numbers or identities (including temporarily assigned
network addresses and registration IP addresses (including carrier
grade natting addresses or ports); and

8.    Means and source of payment for such service (including any credit of
bank account number) and billing records.

Google, Inc. is hereby ordered to disclose the above information to the government within
FOURTEEN DAYS of service of this warrant.

**II.    Information to be seized by the government**

The following records pertaining to the Google Account described in Attachment A
which is evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 1030(a)(1)
(Intentional Damage to a Protected Computer) from May 7, 2021 until present for account
reza1372nakhaei@gmail.com, and from July 10, 2021 to the present for account
decryptiontool01@gmail.com:

a.    Any steps taken in furtherance of, or communications showing, a ransomware
scheme or financial transactions from May 7, 2021 until present for account
reza1372nakhaei@gmail.com and from July 10, 2021 to the present for account
decryptiontool01@gmail.com;

b.    Evidence indicating how and when the email account accessed or used, to
determine the geographic and chronological context of account access, use, and events relating to
the crime under investigation and to the email account owner from May 7, 2021 until present for

3

account reza1372nakhaei@gmail.com and from July 10, 2021 to the present for account decryptiontool01@gmail.com;

     c.   The identity of the person(s) who created or used the account(s), including records that help reveal the whereabouts of such person(s);

     d.   The identity of the person(s) who communicated with the accounts about matters relating to a scheme to defraud public and private institutions, including records that help reveal their whereabouts from May 7, 2021 until present for account reza1372nakhaei@gmail.com and from July 10, 2021 to the present for account decryptiontool01@gmail.com;

     e.   Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information) as they relate to the crimes under investigation from May 7, 2021 until present for account reza1372nakhaei@gmail.com and from July 10, 2021 to the present for account decryptiontool01@gmail.com;

     f.   Evidence of other accounts, devices, and facilities used by the account's owner(s)/user(s); and

     g.   Evidence that may identify any co-conspirators or aiders and abbetors, including records that help reveal their whereabouts.

**III.    Method of delivery**

Items seized pursuant to this search warrant can be served by sending, on any digital media device, to Special Agent Karen Ryndak at address 18134 E. Petroleum Dr., Baton Rouge, LA 70809, via email to kmryndak@fbi.gov, or via the Google Law Enforcement Portal.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Google Inc., and my title is

_____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Google Inc. The attached records consist of _____ .

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Google Inc., and they were made by Google Inc. as a regular practice; and

b.      such records were generated by Google Inc.'s electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Google Inc. in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by Google Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____          _____
Date                                                        Signature

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

❒ Original          ❒ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Louisiana

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )    Case No.   21-MJ-89 |
| DECRYPTIONTOOL01@GMAIL.COM and | ) |
| REZA1372NAKHAEI@GMAIL.COM THAT ARE STORED AT | ) |
| PREMISES CONTROLLED BY GOOGLE, INC., A BUSINESS WITH | ) |
| OFFICES LOCATED AT 1600 AMPHITHEATRE PARKWAY, | ) |
| MOUNTAIN VIEW, CA 94043 | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

      An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Middle     District of     Louisiana    
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

      I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

      **YOU ARE COMMANDED** to execute this warrant on or before    October 12, 2021    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ❒ at any time in the day or night because good cause has been established.

      Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

      The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Erin Wilder-Doomes    .
*(United States Magistrate Judge)*

      ❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ❒ for     days *(not to exceed 30)*     ❒ until, the facts justifying, the later specific date of       .

Date and time issued:    9/29/2021 at 3:34 p.m.                  *Erin Wilder-Doomes*
                                                      *Judge's signature*

City and state:   Baton Rouge, Louisiana                    Erin Wilder-Doomes, U.S. Magistrate Judge
                                                        *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br> 21-MJ-89 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

| **Certification** |
|---|

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Google Accounts associated with the email addresses decryptiontool01@gmail.com and reza1372nakhaei@gmail.com that are stored at premises owned, maintained, controlled, or operated by Google, Inc., a business with offices located at 1600 Amphitheatre Parkway, Mountain View, CA  94043.

12

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Google Inc.**

To the extent that the information described in Attachment A for the TARGET

ACCOUNTS is within the possession, custody, or control of Google Inc., including any

messages, records, files, logs, or information that have been deleted but are still available to

Google Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f),

Google Inc., is required to disclose the following information to the government for each account

or identifier listed in Attachment A from inception to the present:

a.    All records, files, and other information (including data and the content of

electronic communications or contained in "draft" or "trash" Gmail folders) for the Google

Services of Account Activity, Gmail, Google Docs, Google Drive, and Google Talk, associated

with the account username;

b.    The contents of all text messages, voicemails, recorded calls, emails, and chat

messages associated with the account, including stored or preserved copies of chat logs, emails

sent to and from the account, draft communications, the source and destination addresses

associated with each communication, the date and time at which each communication was sent,

and the size and length of each communication;

c.    All records and other information regarding the identification of the account, to

include full name, physical address, telephone numbers and other identifiers, records of session

times and duration, the date on which the account was created, the length of service, the IP

address used to register the account, login IP addresses associated with session times and dates,

account status, alternative email addresses provided during registration, methods of connecting,

log files, and means and source of payment (including any credit or bank account number);

   d. All device information associated with the account;

   e. All location history associated with the account;

   f. All search and browsing history associated with the account;

   g. All Google Bookmarks;

   h. All voice and audio activity associated with the account;

   i. Any account trustees or managers associated with the account;

   j. The types of service utilized;

   k. All records or other information stored at any time by an individual using the

account, including address books, contact and buddy lists, calendar data, pictures, and files;

   l. All records pertaining to communications between Google, Inc. and any person

regarding the account, including contacts with support services and records of actions taken;

   m. For all Google accounts that are linked to any of the accounts listed in Attachment

A by cookies, creation IP addresses, recovery email address, or telephone number provide:

     1. Names (including subscriber names, usernames, and screen names);

     2. Addresses (including mailing addresses, residential addresses, business

      addresses, and email addresses);

     3. Local and long distance telephone connection records;

     4. Records of session times and duration and IP history log;

     5. Length of service (including start date) and types of service utilized;

     6. Telephone or instrument numbers (including MAC addresses,

      Electronic Serial Numbers (ESN), Mobile Equipment Identifier

2

(MEID), Mobile Identification Number (MIN), Subscriber Identity

Modules (SIM), International Mobile Subscriber Identifiers (IMSI) or

International Mobile Station Equipment Identities (IMEI);

7. Other subscriber numbers or identities (including temporarily assigned

network addresses and registration IP addresses (including carrier

grade natting addresses or ports); and

8. Means and source of payment for such service (including any credit of

bank account number) and billing records.

Google, Inc. is hereby ordered to disclose the above information to the government within

FOURTEEN DAYS of service of this warrant.

## II.    Information to be seized by the government

The following records pertaining to the Google Account described in Attachment A

which is evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 1030(a)(1)

(Intentional Damage to a Protected Computer) from May 7, 2021 until present for account

reza1372nakhaei@gmail.com, and from July 10, 2021 to the present for account

decryptiontool01@gmail.com:

a. Any steps taken in furtherance of, or communications showing, a ransomware

scheme or financial transactions from May 7, 2021 until present for account

reza1372nakhaei@gmail.com and from July 10, 2021 to the present for account

decryptiontool01@gmail.com;

b. Evidence indicating how and when the email account accessed or used, to

determine the geographic and chronological context of account access, use, and events relating to

the crime under investigation and to the email account owner from May 7, 2021 until present for

3

account reza1372nakhaei@gmail.com and from July 10, 2021 to the present for account
decryptiontool01@gmail.com;

     c.   The identity of the person(s) who created or used the account(s), including
records that help reveal the whereabouts of such person(s);

     d.   The identity of the person(s) who communicated with the accounts about matters
relating to a scheme to defraud public and private institutions, including records that help reveal
their whereabouts from May 7, 2021 until present for account reza1372nakhaei@gmail.com and
from July 10, 2021 to the present for account decryptiontool01@gmail.com;

     e.   Any records pertaining to the means and source of payment for services
(including any credit card or bank account number or digital money transfer account
information) as they relate to the crimes under investigation from May 7, 2021 until present for
account reza1372nakhaei@gmail.com and from July 10, 2021 to the present for account
decryptiontool01@gmail.com;

     f.   Evidence of other accounts, devices, and facilities used by the account's
owner(s)/user(s); and

     g.   Evidence that may identify any co-conspirators or aiders and abbetors, including
records that help reveal their whereabouts.

**III.   Method of delivery**

     Items seized pursuant to this search warrant can be served by sending, on any digital
media device, to Special Agent Karen Ryndak at address 18134 E. Petroleum Dr., Baton Rouge,
LA 70809, via email to kmryndak@fbi.gov, or via the Google Law Enforcement Portal.

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC**
**RECORDS PURSUANT TO FEDERAL RULES OF**
**EVIDENCE 902(11) AND 902(13)**

I, _____, attest, under penalties of perjury by the laws

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct.  I am employed by Google Inc., and my title is

_____.  I am qualified to authenticate the records attached hereto

because I am familiar with how the records were created, managed, stored, and retrieved.  I state

that the records attached hereto are true duplicates of the original records in the custody of

Google Inc.  The attached records consist of _____ .

I further state that:

        a.     all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of Google Inc., and they were made by Google Inc. as a regular practice; and

        b.     such records were generated by Google Inc.'s electronic process or system that

produces an accurate result, to wit:

        1.     the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of Google Inc. in a manner to ensure that they are true duplicates of the

original records; and

        2.     the process or system is regularly verified by Google Inc., and at all times

pertinent to the records certified here the process and system functioned properly and normally.

5

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____
Date                               Signature

6