# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
DECRYPTIONTOOL01@GMAIL.COM and ) Case No. 21-MJ-89
REZA1372NAKHAEI@GMAIL.COM THAT ARE STORED AT )
PREMISES CONTROLLED BY GOOGLE, INC., A BUSINESS WITH )
OFFICES LOCATED AT 1600 AMPHITHEATRE PARKWAY, )
MOUNTAIN VIEW, CA 94043 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Middle__ District of __Louisiana__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before __October 12, 2021__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Erin Wilder-Doomes__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: __9/29/2021 at 3:34 p.m.__          *Erin Wilder-Doomes*
                                                          *Judge's signature*

City and state: __Baton Rouge, Louisiana__          Erin Wilder-Doomes, U.S. Magistrate Judge
                                                    *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>21-MJ-89 | Date and time warrant executed:<br>10/7/21 11:33A | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>For the accounts of decryptiontool01@gmail.com and reza1372nakhaei@gmail.com:<br><br>contacts<br>associated devices<br>subscriber information<br>linked accounts<br>contents of email | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/3/2022

_Executing officer's signature_

Karen Ryndak, Special Agent
_Printed name and title_

# ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the Google Accounts associated with the email addresses decryptiontool01@gmail.com and reza1372nakhaei@gmail.com that are stored at premises owned, maintained, controlled, or operated by Google, Inc., a business with offices located at 1600 Amphitheatre Parkway, Mountain View, CA  94043.

# ATTACHMENT B

## Particular Things to be Seized

I.  **Information to be disclosed by Google Inc.**

To the extent that the information described in Attachment A for the TARGET ACCOUNTS is within the possession, custody, or control of Google Inc., including any messages, records, files, logs, or information that have been deleted but are still available to Google Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google Inc., is required to disclose the following information to the government for each account or identifier listed in Attachment A from inception to the present:

    a. All records, files, and other information (including data and the content of electronic communications or contained in "draft" or "trash" Gmail folders) for the Google Services of Account Activity, Gmail, Google Docs, Google Drive, and Google Talk, associated with the account username;

    b. The contents of all text messages, voicemails, recorded calls, emails, and chat messages associated with the account, including stored or preserved copies of chat logs, emails sent to and from the account, draft communications, the source and destination addresses associated with each communication, the date and time at which each communication was sent, and the size and length of each communication;

    c. All records and other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and duration, the date on which the account was created, the length of service, the IP address used to register the account, login IP addresses associated with session times and dates,

account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    d. All device information associated with the account;

    e. All location history associated with the account;

    f. All search and browsing history associated with the account;

    g. All Google Bookmarks;

    h. All voice and audio activity associated with the account;

    i. Any account trustees or managers associated with the account;

    j. The types of service utilized;

    k. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

    l. All records pertaining to communications between Google, Inc. and any person regarding the account, including contacts with support services and records of actions taken;

    m. For all Google accounts that are linked to any of the accounts listed in Attachment A by cookies, creation IP addresses, recovery email address, or telephone number provide:

        1. Names (including subscriber names, usernames, and screen names);

        2. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses);

        3. Local and long distance telephone connection records;

        4. Records of session times and duration and IP history log;

        5. Length of service (including start date) and types of service utilized;

        6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers (ESN), Mobile Equipment Identifier

(MEID), Mobile Identification Number (MIN), Subscriber Identity Modules (SIM), International Mobile Subscriber Identifiers (IMSI) or International Mobile Station Equipment Identities (IMEI);

7. Other subscriber numbers or identities (including temporarily assigned network addresses and registration IP addresses (including carrier grade natting addresses or ports); and

8. Means and source of payment for such service (including any credit of bank account number) and billing records.

Google, Inc. is hereby ordered to disclose the above information to the government within FOURTEEN DAYS of service of this warrant.

## II. Information to be seized by the government

The following records pertaining to the Google Account described in Attachment A which is evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 1030(a)(1) (Intentional Damage to a Protected Computer) from May 7, 2021 until present for account reza1372nakhaei@gmail.com, and from July 10, 2021 to the present for account decryptiontool01@gmail.com:

a. Any steps taken in furtherance of, or communications showing, a ransomware scheme or financial transactions from May 7, 2021 until present for account reza1372nakhaei@gmail.com and from July 10, 2021 to the present for account decryptiontool01@gmail.com;

b. Evidence indicating how and when the email account accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner from May 7, 2021 until present for

3

account reza1372nakhaei@gmail.com and from July 10, 2021 to the present for account decryptiontool01@gmail.com;

  c. The identity of the person(s) who created or used the account(s), including records that help reveal the whereabouts of such person(s);

  d. The identity of the person(s) who communicated with the accounts about matters relating to a scheme to defraud public and private institutions, including records that help reveal their whereabouts from May 7, 2021 until present for account reza1372nakhaei@gmail.com and from July 10, 2021 to the present for account decryptiontool01@gmail.com;

  e. Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information) as they relate to the crimes under investigation from May 7, 2021 until present for account reza1372nakhaei@gmail.com and from July 10, 2021 to the present for account decryptiontool01@gmail.com;

  f. Evidence of other accounts, devices, and facilities used by the account's owner(s)/user(s); and

  g. Evidence that may identify any co-conspirators or aiders and abbetors, including records that help reveal their whereabouts.

### III. Method of delivery

Items seized pursuant to this search warrant can be served by sending, on any digital media device, to Special Agent Karen Ryndak at address 18134 E. Petroleum Dr., Baton Rouge, LA 70809, via email to kmryndak@fbi.gov, or via the Google Law Enforcement Portal.